UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. FOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 23-cv-00877-VC<br><br>**ORDER RE MOTION TO CONSOLIDATE CASES**<br><br>Re: Dkt. No. 21 |

The plaintiff has moved to consolidate this case with *US Bank National Association v. Foley et. al.* (Case No. 23-1029). That case has been remanded to Santa Clara Superior Court. The motion to consolidate the cases is therefore denied as moot.

    **IT IS SO ORDERED.**

Dated: April 5, 2023

VINCE CHHABRIA
United States District Judge